**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL ZAHARONI, | CV 19-5842-RSWL-MAA |
|             Plaintiff, | |
|     v. | **ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |
| VIBEA JESEN a/k/a SUNSHINE JESSEN, an individual; LIVE SERVICES, INC., a Nevada corporation; and DOES 1-100, | |
|             Defendants. | |

    Currently before the Court is Plaintiff Daniel Zaharoni's ("Plaintiff") Motion for Default Judgment [18] against Defendants Vibea Jessen a/k/a Sunshine Jessen ("Jessen") and Live Services, Inc. ("Live Services") (collectively, "Defendants").

    Plaintiff filed his Complaint [1] on July 8, 2019. In his Complaint, Plaintiff did not properly allege his citizenship so as to establish subject matter

jurisdiction on the basis of diversity.  Accordingly, this Court ordered Plaintiff to show cause in writing evidence of Plaintiff's citizenship.  <u>See</u> Order to Show Cause ("OSC"), ECF No. 21.  Plaintiff responded to the Court's OSC with information sufficient to establish Plaintiff's citizenship.

The Court now turns to Plaintiff's jurisdictional allegations as to Defendants.  Plaintiff alleges that Defendant Live Services "is, and at all times herein mentioned was, a Nevada corporation authorized to do and doing business in California."  Compl. ¶ 4.

To invoke diversity jurisdiction, Plaintiff must prove complete diversity of citizenship between the parties.  28 U.S.C. § 1332. "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated **and** of the State or foreign state where it has its principal place of business."  28 U.S.C. § 1332(c)(1) (emphasis added).

///
///
///
///
///
///
///
///
///
///

As such, Plaintiff is **HEREBY ORDERED** to show, in writing, on or before January 24, 2020, evidence of Defendant Live Services's citizenship or this Court may, within its discretion, deny Plaintiff's Motion for Default Judgment and/or dismiss the Action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: January 17, 2020          ___/s/ Ronald S.W. Lew___

                                 **HONORABLE RONALD S.W. LEW**
                                 Senior U.S. District Judge